IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

JAMES P. VICK                                                                                 PLAINTIFF

v.                    Civil No. 06-3067

C.E. "CHUCK" MEDFORD,
Sheriff, Carroll County, Arkansas;
LT. BETH REELY; SGT. ROB
McGEE; OFFICER MARK LOTT;
OFFICER MICHAEL BROWN;
OFFICER DEBBIE PRICE;
OFFICER DAVE HENDERSON;
OFFICER KEVIN DISHEROON;
DEPUTY JOHN RAINS; DEPUTY GREG
NOFSTGER; JIMMY KEELAND;
DARRELL "PETE" MOSS; CAPTAIN
TRUMBLE; RALPH GORDON;
JODY SUCHLAND; FORMER OFFICER
L. WINTERCORN; PORTIA HILL;
AMANDA LAKE; JASON HUNT;
ALAN HOOS; OFFICER LISA ADAMS;
and DEPUTY JOHN DENIZE                                     DEFENDANTS

## **ORDER**

On March 16, 2007, the plaintiff filed a motion to compel (Doc. 53). In his motion, plaintiff summarizes his discovery requests and the defendants' responses. Plaintiff is directed to supplement his motion by providing the court with a copy of the actual written responses he received from the defendants. Plaintiff should provide the court with this information by **April 16, 2007.**

IT IS SO ORDERED this 26th day of March 2007.

/s/ *J. Marschewski*
HON. JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE

-1-