IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

**JAMES P. VICK**                                                                                         **PLAINTIFF**

        v.                Civil No. 06-3067

**C.E. "CHUCK" MEDFORD, Sheriff,**
**Carroll County, Arkansas, et al.**                                     **DEFENDANTS**

O R D E R

Now on this 19th day of April, 2007, comes on for consideration the **Report And Recommendation Of The Magistrate Judge** (document #60), to which no objections have been made, and the Court, having carefully reviewed said Report And Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Report And Recommendation Of The Magistrate Judge** is **adopted** *in toto*.

**IT IS FURTHER ORDERED** that, for the reasons stated in the **Report And Recommendation Of The Magistrate Judge**, plaintiff's **Motion For Preliminary Injunction** (document #52) is **denied**.

**IT IS SO ORDERED.**

                                          /s/ Jimm Larry Hendren
                                          JIMM LARRY HENDREN
                                          UNITED STATES DISTRICT JUDGE