IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

JAMES P. VICK                                                                                           PLAINTIFF

v.                                              Civil No. 06-3067

C.E. "CHUCK" MEDFORD;
LT. BETH REELY; SGT.
 ROB McGEE; OFFICER MARK
LOTT; OFFICER MICHAEL BROWN;
OFFICER DEBBIE DAVIS;
OFFICER DAVE HENDERSON;
OFFICER DISHEROON; DEPUTY
JOHN RAINS; DEPUTY GREG
NOFSTGER; PORTIA STINES
(formerly known as Portia Hill); LISA
ADAMS; DEBBIE PRICE; et al.                                                              DEFENDANTS

**ORDER**

      As it appears this case may be resolved on motion for summary judgment, the defendants are directed to file such a motion on or before January 28, 2008. Plaintiff is directed not to respond to the motion for summary judgment until so ordered by the court.

      IT IS SO ORDERED this 28th day of December 2007.

                                                                /s/ *J. Marschewski*
                                                               HON. JAMES R. MARSCHEWSKI
                                                               UNITED STATES MAGISTRATE JUDGE