IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

JAMES P. VICK                                                                                    PLAINTIFF

v.                                                   Civil No. 06-3067

C.E. "CHUCK" MEDFORD;
LT. BETH REELY; SGT.
 ROB McGEE; OFFICER MARK
LOTT; OFFICER MICHAEL BROWN;
OFFICER DEBBIE DAVIS;
OFFICER DAVE HENDERSON; DEPUTY
JOHN RAINS; DEPUTY GREG
NOFSTGER; JIMMY KEELAND; DARRELL
"PETE" MOSS; CAPTIAN TRUMBLE;
RALPH GORDON; JODY SUCHLAND;
PORTIA STINES (formerly known as Portia Hill);
JASON HUNT; ALAN HOOS; LISA
ADAMS; DEPUTY JOHN DENIZE;
L.  WINTERCORN; and DEBBIE PRICE                                              DEFENDANTS

<u>ORDER</u>

James Vick ("Plaintiff") filed this pro se civil rights action under 42 U.S.C. § 1983 on October 23, 2006.  (Doc. 1).  On January 28, 2008, Defendants filed a summary judgment motion (Doc. 124).  To assist Plaintiff in responding to the summary judgment motion, the undersigned is propounding a questionnaire. The Court will consider Plaintiff's response to the questionnaire in issuing an opinion on the summary judgment motions.

For this reason, James Vick is hereby directed to complete, sign, and return the attached response to defendants' summary judgment motion on or before **April 21, 2008.**  Plaintiff's failure to respond within the required period of time may subject this matter to dismissal for failure to comply with a court order.

IT IS SO ORDERED this 21st day of March 2008.

*/s/ J. Marschewski*
HON. JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

JAMES P. VICK                                                          PLAINTIFF

v.                                    Civil No. 06-3067

C.E. "CHUCK" MEDFORD;
LT. BETH REELY; SGT.
 ROB McGEE; OFFICER MARK
LOTT; OFFICER MICHAEL BROWN;
OFFICER DEBBIE DAVIS/PRICE;
OFFICER DAVE HENDERSON; DEPUTY
JOHN RAINS; DEPUTY GREG
NOFSTGER; JIMMY KEELAND; DARRELL
"PETE" MOSS; CAPTIAN TRUMBLE;
JODY SUCHLAND; PORTIA STINES
formerly known as Portia Hill);  JASON HUNT;
ALAN HOOS; LISA ADAMS; DEPUTY JOHN
DENIZE; L.  WINTERCORN; and DEBBIE PRICE                    DEFENDANTS

## RESPONSE TO SUMMARY JUDGMENT MOTION

TO: **JAMES VICK**

On January 28, 2008, Defendants filed a summary judgment motion (Doc.  124).

Accordingly, these questions and answers will serve as your response to Defendants' motion for

summary judgment.  You may use additional sheets of paper in responding to these questions.  You

must file this response by **April 21, 2008.**

1.  You have indicated that you are suing Defendants in their personal and official capacities.

Describe below the custom or policy of Carroll County, Arkansas that you believe caused your rights

to be violated.

_____

_____

-1-

_____

_____

_____

     2.      You allege you were placed in a cold isolation cell for twelve hours without clothing.

Did this occur when you returned after escaping the Carroll County jail?

Answer: Yes_____ No_____

     Had you confessed/admitted to escaping the Carroll County jail before you were placed in

isolation?

Answer: Yes_____ No_____

     Other than the cold and lack of clothing, describe the other conditions of the isolation cell

you are alleging to be unconstitutional.  Be specific.

_____

_____

_____

_____

     3.      Was the only time you were without hygiene products and/or a shower from 4-10

days while in the observation cell?

Answer: Yes_____ No_____

If no, list any other dates and the duration you were without hygiene products and/or a shower.

_____

_____

_____

_____

4.      How many days or hours were you in the observation cell without visitors, a Bible, or recreation?

_____

_____

_____

How long were you without anything to drink (you indicate there would occasionally be water, state how long you were without water for the longest period of time)?

_____

_____

_____

_____

5.      Did you ever fill out a written grievance to receive cleaning supplies for the observation cell?

Answer: Yes_____ No_____

If no, did you ask for a written grievance?

Answer: Yes____ No_____

If no, why did you not ask for a written grievance to acquire cleaning supplies?

_____

6.      You have alleged that Defendants Lott, Brown, and McGee would refuse to give you toilet paper and grievance forms.

How long were you denied toilet paper?

-3-

_____

_____

_____

_____

   How many times were you denied grievance forms?

_____

_____

   What was the nature of the grievances you were seeking to make?

_____

_____

_____

   Are these your only claims against Defendants Lott, Brown, and McGee?

Answer: Yes_____ No_____

If no, indicate what other claims you have stated against each of these defendants:

Lott:

_____

_____

Brown:

_____

_____

McGee:

_____

-4-

---

7.      You allege that Defendant Davis spit in food that was to be served to inmates.  Was this only on one occasion, December 24, 2003?

Answer: Yes_____ No_____

If no, indicate on what other dates you observed Defendant Davis doing this.

_____

_____

Did you eat the food Defendant Davis had spit in?

Answer: Yes____ No_____

Were you injured by eating this food?

Answer: Yes____ No____

If yes, indicate any injuries which you had from eating this food.  Include dates you received medical treatment.  If no medical treatment was sought for your injuries, indicate why it was not sought.

_____

_____

Is this your only claim against Defendant Davis?

Answer: Yes____ No_____

If no, indicate what other claims you have made against Defendant Davis.

_____

_____

8.  You allege you were to cut inmate portions in half so that there would be enough food for local law enforcement.  Were you only asked to cut portions on one occasion?

-5-

Answer: Yes_____ No_____

If no, indicate the other dates when you were asked to cut inmate portions.

_____

_____

_____

      Were you asked to cut a regular portion in half?

Answer: Yes____ No_____

If no, indicate how you reduced the portions (i.e. one-fourth of a regular portion, or from an extra

portion to a regular portion, etc.).

_____

      Were you served the reduced portions?

Answer:   Yes_____ No_____

If yes, indicate below what injuries you had from this reduced portion.  If no, indicate why you were

not served these reduced portions (i.e. did you receive a full portion, did you refuse your portion,

etc.)

_____

_____

      Were inmates served regular portions at the next meal?

Answer: Yes_____ No_____

      Who ordered you to cut the portions in half?

_____

     9.  You have alleged Defendant Henderson used excessive force against you in the form of

using you as a "dummy" or "victim" for take-down maneuvers.  Did Defendant Henderson ever ask you to assist him in this way?

Answer: Yes_____ No_____

Did you tell Defendant Henderson he was hurting you by these maneuvers?

Answer: Yes_____ No_____

Did you seek medical treatment for your injuries due to the maneuvers?

Answer: Yes_____ No_____

If yes, from whom did you seek treatment?  If no, why did you not seek any treatment?

_____

Did you fill out a medical request in the Carroll County jail for treatment related to these injuries?

_____

What treatment, if any, did you receive?

_____

How many times did Defendant Henderson use this excessive force on you?  Provide dates.

_____

_____

_____

_____

_____

_____

Is this your only claim against Defendant Henderson?

Answer: Yes_____ No_____

If no, indicate what other claims you have made against Defendant Henderson.

_____

_____

_____

10.     You allege you were sentenced to three years in the Arkansas Department of

Corrections ("ADC") without trial or a hearing.  Was that sentence related to your escape from the

Carroll County jail?

Answer: Yes_____ No_____

If no, indicate the nature of your sentence to the ADC.

_____

_____

Did you admit/confess to authorities that you had escaped from the Carroll County jail on

December 28 or 29, 2003?

Answer: Yes_____ No_____

11.     Medford and Rains threatened to beat you, but did not actually beat you.

Agree_____ Disagree_____

If you disagree, describe below how you were beaten by these Defendants.

_____

_____

12.     You state that Defendant Nofstger forced you to strip naked and Defendant Lott

forced you to walk naked to a dressing room.  Did these incidents occur subsequent to your escape

from the Carroll County jail?

Answer:   Yes_____  No_____

If no, then indicate when they happened.

_____

_____

      Explain how your constitutional rights were violated by the strip search and walking naked.

_____

_____

      13.   You indicate you were only given peanut butter sandwiches while in the observation

cell.  Approximately how many days were you only served these sandwiches for your meals?

_____

_____

      You state this diet gave you migraines and other physical symptoms.  Did you complain to

anyone regarding these symptoms?

Answer: Yes_____  No_____

If no, why did you not seek medical attention?

_____

If yes, did you fill out a grievance or medical request?

Answer Yes_____  No_____

If yes, to whom did you complain?

_____

How did that person respond to your request?

_____

       Did you loose weight as a result of this diet?

Answer: Yes_____ No_____

If yes, indicate how much weight was lost.  Refer to any relevant medical records you have.

_____

      14.  Regarding your claims against Defendants Reely, Brown, Hill, Hunt, Hoos, Suchland, Wintercorn, Adams, Denzie, Keeland, Moss, and Trumble, were any of these Defendants actively involved in the incidents you complain of, other than potentially being aware of what was going on in the Carroll County jail? For example, did any of these Defendants use excessive force against you, deny you medical care, etc.?

Answer: Yes_____ No_____

If yes, indicate which Defendant(s) were actively involved and specify what action that person or persons took to deprive you of your constitutional right(s).

_____

_____

_____

_____

_____

_____

      15.  You have supplemented your complaint with the following documents.  Explain below the purpose of providing them to the Court.

Jail Standards Booklet:

_____

_____

Executive Written Policy:

_____

_____

Suicide Prevention Policy:

_____

_____

Letters regarding your escape from the Carroll County Sheriff to the state 309 Trustee program Co-ordinator:

_____

_____

Restraint Chair procedures:

_____

_____

        Are you alleging the restraint chair was used on you?

Answer: Yes____ No_____

If yes, describe its use as it relates to you and your claims.

_____

_____

Booking sheet of Keith Rodell Smith:

_____

_____

Suicide Watch Log:

_____

_____

Letter to Darrell Moss from Sheriff Medford:

_____

_____

Letter to Jimmy Keeland from Sheriff Medford:

_____

_____

Booking report for William Eugene Ellis:

_____

_____

     16.  You have also supplemented your complaint with voluminous jail records concerning

other inmates.

Are you attempting to make claims on behalf of these inmates?  (Docs.  85, 92, 109, and 110).

Answer: Yes_____ No_____

If no, indicate the reason these documents were produced to the Court and to which of your claims

they relate.

_____

_____

_____

_____

_____

_____

If yes, indicate which if any, of those claims involve you personally.

_____

_____

_____

_____

_____

_____

     17.  Is your only claim against Defendant Gordon that he failed to follow through with an investigation into the Carroll County jail?

Answer: Yes___ No___

If no, indicate what other claims you have brought against Defendant Gordon.

_____

_____

_____

     Detail below any further response you would like to make to Defendants' summary judgment motion.  If you have exhibits you would like the Court to consider, you may attach them to this response.

_____

-13-

_____

_____

_____

_____

_____

_____

      I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE

AND CORRECT.

EXECUTED ON THIS _____DAY OF _____2008.

                                        _____
                                            JAMES VICK