```
         IN THE UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF ARKANSAS
                   HARRISON DIVISION
```

**JAMES P. VICK**                                                    **PLAINTIFF**

        v.                Civil No. 06-3067

**C.E. "CHUCK" MEDFORD;
LT. BETH REELY; SGT. ROB
McGEE; OFFICER MARK LOTT;
OFFICER MICHAEL BROWN;
OFFICER DEBBIE DAVIS;
OFFICER DAVE HENDERSON;
DEPUTY JOHN RAINS; DEPUTY
GREG NOFSTGER; PORTIA STINES;
(formerly known as Portia Hill);
LISA ADAMS; DEBBIE PRICE; et al.**                                 **DEFENDANTS**

### O R D E R

Now on this 6th day of May, 2008, comes on for consideration the **Report And Recommendation Of The Magistrate Judge** (document #127), and plaintiff's notice that settlement funds have been received, and the Court, having carefully reviewed said Report And Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Report And Recommendation Of The Magistrate Judge** is **adopted *in toto*.**

**IT IS FURTHER ORDERED** that, for the reasons stated in the **Report And Recommendation Of The Magistrate Judge**, plaintiff's Complaint is hereby **dismissed with prejudice.**

**IT IS SO ORDERED.**

                                              /s/ Jimm Larry Hendren
                                              JIMM LARRY HENDREN
                                              UNITED STATES DISTRICT JUDGE